699 A.2d 1246

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Derrick STRATTON, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 7, 1997.

John W. Packel, Philadelphia, for petitioner.

## ORDER

PER CURIAM:

The Petition for Allowance of Appeal is GRANTED. The Superior Court is REVERSED in accordance with *Commonwealth v. Hawkins*, 547 Pa. 652, 692 A.2d 1068 (1997) and *Commonwealth v. Kue*, 547 Pa. 668, 692 A.2d 1076 (1997). This matter is REMANDED to the trial court for further proceedings in accordance with this order.

CASTILLE, J., dissents.